# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| FRANCES JEAN MOORE | CIVIL NO. 13-324 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

Before the Court is a Report and Recommendation of the Magistrate Judge recommending that the Commissioner's decision be reversed and this matter be remanded for further proceedings at the agency level [Record Document 20]. Having considered the Magistrate Judge's report, and noting the lack of objections in the record, the Court agrees with the recommendation. Accordingly, for the reasons set forth in the report and recommendation, the Commissioner's decision is hereby **REVERSED** and this matter is hereby **REMANDED** to the Commissioner of the Social Security Administration.

**THUS DONE AND SIGNED** this 21st day of July, 2014, in Shreveport, Louisiana.

Elizabeth Erny Foote
United States District Judge